

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00177-CR

Alejandro Leal **PEÑA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 12-090168-CRA
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 15, 2015.

_____
Patricia O. Alvarez, Justice